UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |
|---|---|
| **TOBIAS ANTONIO DUNN,** | **No. ED CV 17-00293-VBF-GJS** |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| R. JOHNSON (Warden), | |
| Respondent. | |

 **Final judgment is hereby entered in favor of the respondent warden and against petitioner Tobias Antonio Dunn.**

 IT IS SO ADJUDGED.

Dated:  December 17, 2019

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge